IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IFTIKHAR NAZIR,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED AIR LINES, INC.,<br><br>    Defendant._____/ | No. C 09-01819 CRB<br><br>**ORDER GRANTING DEFENDANT UNITED AIRLINES, INC.'S EX PARTE REQUEST TO CONTINUE CERTAIN CASE MANAGEMENT DEADLINES** |

Now pending is Defendant United Airlines, Inc.'s Ex Parte Request to Continue Certain Case Management Deadlines. Having carefully reviewed the parties' papers on this matter, and good cause having been shown, IT IS HEREBY ORDERED that Defendant's ex parte request is GRANTED. In addition, the Court hereby moves the hearing on Defendant's Motion to Dismiss and Motion for Sanctions from August 21, 2009 to September 4, 2009 at 10:00 a.m. Therefore:

1. The Rule 26(f) conference deadline shall be continued until September 25, 2009;
2. The Rule 26(f) disclosures shall be continued until October 2, 2009;
3. The deadline for filing the Joint Case Management Conference Statement shall be continued until October 2, 2009; and
4. The case management conference currently set for August 7, 2009 will be

//

continued to October 9, 2009.

**IT IS SO ORDERED.**

Dated: July 23, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE