IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IFTIKHAR NAZIR,<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED AIR LINES,<br><br>       Defendant._____/ | No. CV 09-01819 CRB<br><br>**JUDGMENT** |

The Court, having dismissed Plaintiff's claims with prejudice, enters judgment in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: September 10, 2009        CHARLES R. BREYER
                                 UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\1819\judgment.wpd